*Wednesday, October 14, 1992*

## MERIT DOCKET

**92–1821.** State ex rel. Citizens for Responsible Taxation v. Scioto Cty. Bd. of Elections. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that a writ of mandamus be, and the same is hereby, denied.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1859.** State ex rel. Walsh v. Ashtabula Cty. Bd. of Elections. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter and was considered in a manner prescribed by law. Upon consideration of the motion of Bob Taft, Secretary of State, to intervene,

IT IS FURTHER ORDERED by the court that a writ of mandamus be, and the same is hereby, granted, consistent with the opinion to follow.

IT IS FURTHER ORDERED by the court that the respondent accept the Nominating Petition and Statement of Candidacy for Judge of County Court, Western Area, Ashtabula County, Ohio, that was filed by relator on August 20, 1992, and certify relator as a candidate for county court judge, Ashtabula County, Western Area and place her name upon the ballot for the general election to be held on November 3, 1992.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

H. BROWN, J., dissents.

## MOTION DOCKET

**91–1640.** Rini v. East Cleveland. *Cuyahoga County*, No. 58589. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the motion of the Ohio Self–Insurers' Association and the Ohio Manufacturers' Association for leave to file brief *amicus curiae* instanter,

IT IS ORDERED by the court that said motion for leave to file brief *amicus curiae* instanter be, and the same is hereby, granted.

MOYER, C.J., SWEENEY and WRIGHT, JJ., dissent.